# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREAT AMERICAN INSURANCE COMPANY, an Ohio corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AMERICAN HOUSING GROUP, INC., a California corporation; AMERICAN HOUSING GROUP PARTNERS III, L.P, a California limited partnership; CITIZENS HOME DEVELOPMENT, INC., a California corporation; AMERICAN HOUSING GROUP – VICTORVILLE 15, LLC, a California limited liability company; JAMES B. TATUM and MADELINE M. TATUM, husband and wife, TODD N. TATUM<br><br>    Defendants. | Case No. ED CV 09-00645 SGL (OPx)<br><br>**PRELIMINARY INJUNCTION** |

On May 27, 2009, the Court granted plaintiff's Ex Parte Application for Temporary Restraining Order ("TRO") and Application for Order to Show Cause ("OSC"), ordering that defendants appear and show cause on June 8, 2009, why the TRO should not be continued throughout the pendency of this action as a preliminary

-1-

injunction. Defendants failed to file any written opposition, and no appearance was made by them or on their behalf at the Court's hearing on June 8, 2009, at 10:00 a.m. Accordingly, the Court **GRANTS** the motion for preliminary injunction and **ORDERS** as follows:

1.  Defendants are **ORDERED** to immediately make their books and records available for inspection and copying by Great American and to continue making books and records available from time to time as requested by Great American until all obligations under all of the Bonds have been exonerated;

2.  Defendants **SHALL NOT**, and are enjoined and restrained from selling, transferring, disposing of, or liening their assets and property; additionally defendants shall not allow others to sell, transfer, dispose of, or lien that property.

3.  A lien in the amount of $137,968 in favor of Great American is **GRANTED** as to all assets and property of defendants, including real and personal property owned by defendants or in which defendants have an interest.

4.  This preliminary injunction shall remain in force as the Order of this Court throughout the pendency of this action unless and until this Court orders otherwise.

5.  Pursuant to Fed. R. Civ. P. 65(c), and in the absence of objection by defendants as to the suggested amount, the Court requires plaintiff to post a bond in the amount of $5,000.

DATE: June 9, 2009

Stephen G. Larson
United States District Judge